**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LIBERTY MUTUAL FIRE INSURANCE**           **PLAINTIFF**
**COMPANY, as subrogee of BLUEOAK**
**ARKANSAS LLC**

**v.**           **CASE NO. 3:17-CV-00300 BSM**

**RHI US LTD.; RHI AG; and RHI**
**MAGNESITA NV**           **DEFENDANTS**

## <u>ORDER</u>

The parties have filed a joint stipulation of dismissal. Doc. No. 46. Pursuant to

Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE