## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LIBERTY MUTUAL FIRE INSURANCE**                **PLAINTIFF**
**COMPANY, as subrogee of BLUEOAK**
**ARKANSAS LLC**

**v.**           **CASE NO. 3:17-CV-00300 BSM**

**RHI US LTD.; RHI AG; and RHI**
**MAGNESITA NV**                      **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE